UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 20-24028-CIV-WILLIAMS

ALBA QUINTERO,

    Plaintiff,

vs.

D.T.M. ENTERPRISES, INC., *et al.*,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Chris M. McAliley's Report and Recommendation (the "Report") (DE 21) on Plaintiff's Amended Motion for Default Judgment against Defendants, D.T.M. Enterprises, Inc. and Esteban Munne ("Plaintiff's Motion") (DE 17). In the Report, Magistrate Judge McAliley recommends that the Court grant in part and deny in part Plaintiff's Motion (DE 17). Defendants filed no objections to the Report and the time to file objections has lapsed.

Upon an independent review of the Report, the record, and applicable case law, it is **ORDERED AND ADJUDGED** that:

1. The Report (DE 21) is **AFFIRMED AND ADOPTED**.

2. Plaintiff's Motion for Default Judgment (DE 17) is **GRANTED IN PART AND DENIED IN PART**, as follows:

    a. Plaintiff's request for default judgment against Defendants is **GRANTED**.

    b. Plaintiff's request for damages in the total amount of $68,817.40 is **GRANTED**.

    c. Plaintiff's request for attorneys' fees and costs is **GRANTED IN PART AND DENIED IN PART**. Plaintiff shall be awarded $2,500.00 in attorneys' fees and $600.00 in costs.

    d. Plaintiff's request for post-judgment interest is **GRANTED IN PART AND DENIED IN PART**. Plaintiff is awarded post-judgment interest pursuant to 28 U.S.C. § 1961.

3. The Court will separately enter an order of final default judgment against Defendants.

4. After the Court enters its order of final default judgment against Defendants, the Clerk of Court is directed to **CLOSE** this case. The Court will reserve jurisdiction to consider any future motions for attorneys' fees and costs.

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 1st day of July, 2022.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE